# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00466-CV

**In re Fred Luecke, Individually, and derivatively on behalf of the Jimmie Luecke Children Partnership, Ltd., a Texas Limited Partnership, and derivatively behalf of the Jimmie Luecke Children Partnership Ltd. II, a Texas Limited Partnership**

### ORIGINAL PROCEEDING FROM LEE COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Filed: March 14, 2019